

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

IN THE MATTER OF             MISC. NO. ___2:19-mc-00196___
NEGAR M. KORDESTANI

STATEMENT OF ASSISTANT UNITED STATES ATTORNEY
PURSUANT TO LOCAL RULE OF CRIMINAL PROCEDURE 44.1(c)

Pursuant to Rule 44.1(c) of the Local Rules of Criminal Procedure, effective June 8, 2017, Assistant United States Attorney Negar M. Kordestani herewith files the following information as an Assistant United States Attorney under the sponsorship of Michael B. Stuart, United States Attorney for the Southern District of West Virginia, and a permanent member of the Bar of this Court:

**Appointment as Assistant United States Attorney**.  Negar M. Kordestani was appointed as an Assistant United States Attorney in the Southern District of West Virginia on or about September 15, 2019.  She is currently assigned to the United States Attorney's Office located at 300 Virginia Street, East, Room 4000, Charleston, West Virginia.

**Bar Information**.  Negar M. Kordestani is an active member in good standing of the following state bars:

1. Pennsylvania State Bar, Bar No. 319553, having been admitted on October 29, 2014;

2. New Jersey State Bar, Bar No. 111742014, having been admitted on November 20, 2014; and

3. District of Columbia Bar, Bar No. 1028627, having been admitted on October 5, 2015.

Sponsoring Attorney:

_____
MICHAEL B. STUART
United States Attorney
300 Virginia Street, East, Suite 4000
Charleston, WV  25301

Sponsored Assistant U. S. Attorney:

_____
NEGAR M. KORDESTANI
Assistant United States Attorney
300 Virginia Street, East, Suite 4000
Charleston, WV  25301